## GREGG v. WHITE.

PRACTICE IN THE SUPREME COURT.

*Appeal from Adams Circuit Court.*

THURSDAY, DECEMBER 8. 1880.

THIS is a controversy as to the rights of the respective parties arising out of the construction and maintenance of a partnership ditch upon the line between the lands owned by the parties. The plaintiff constructed a ditch upon his own land which flowed into the partnership ditch, which defendant claimed injured his land, and defendant entered upon plaintiff's land and filled up said ditch and made an excavation in a dam erected by plaintiff. The action was commenced before a justice of the peace and damages in the sum of $100 were claimed. A trial was had before the justice of the peace, and an appeal was taken to the Circuit Court, where a trial by jury was had which resulted in a verdict and judgment for the defendant. Plaintiff appeals.

*J. H. Maley* and *Davis, Wells & Russell,* for appellant.

*R. A. Moore* and *McDill & Sullivan,* for appellee.

ROTHROCK, J.—This appeal must be dismissed. The amount in controversy as shown by the pleadings does not exceed one hundred dollars, and the certificate of the trial judge required by § 3173 of the Code and rule 12 of this court is not sufficient to authorize us to take jurisdiction of the appeal. The certificate in substance states that there is a question of law involved in the 8th and 9th instructions given by the court to the jury, and in

the 1st, 2d and 3d instructions asked by the plaintiff and refused by the court.

These instructions involve more than one question of law. Which of them it is desired shall be determined by this court the certificate does not point out.

APPEAL DISMISSED.